IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:01-CR-1-1H
No. 4:09-CV-173-H

| | |
|---|---|
| ANTHONY ALSTON,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | )<br>)<br>)<br>)<br>)    **ORDER**<br>)<br>)<br>)<br>) |

This matter is before the court on petitioner's motion to withdraw and/or amend his petition. The court finds that under the circumstances presented, petitioner was entitled to amend his petition once as a matter of course at the time he submitted his motion to amend. Fed. R. Civ. P. 15(a)(1). Additionally, "the court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

Petitioner did not file a proposed amended petition. However, in deference to petitioner's pro se status, the court allows 30 days for petitioner to file an amended petition.

This 29th day of October 2010.

                                          Malcolm J. Howard
                                          Senior United States District Judge

At Greenville, NC
#26